# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1970
_____

DEMETRIO GABRIELE,

   Appellant,

   v.

DEPARTMENT OF CORRECTIONS,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

April 18, 2018


PER CURIAM.

   AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

   ***Not final until disposition of any timely and
   authorized motion under Fla. R. App. P. 9.330 or
   9.331.***

_____

Demetrio Gabriele, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.